ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 28 2020

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT ELLIOTT SHEPPARD | Criminal Indictment<br><br>No.  1 20-CR-415<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

**Count 1**

Beginning on or about a date unknown and continuing until at least September 8, 2016, in the Northern District of Georgia, the defendant, ROBERT ELLIOTT SHEPPARD, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with Dexter Bernard Frazier, Tonie Harris, and Clifton Curtis Lee, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and less than 50 kilograms of marijuana, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B) and (b)(1)(D), all in violation of Title 21, United States, Section 846.

## Counts 2 - 7

On or about the dates set forth in column B, in the Northern District of Georgia, the defendant, ROBERT ELLIOTT SHEPPARD, aided and abetted by the individuals listed in column C, attempted to knowingly and intentionally use a communication facility, that is the mail, in committing and in facilitating the commission of an act and acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is possession with the intent to distribute a controlled substance, all in violation of Title 21, United States Code, Sections 843(b) and 846 and Title 18, United States Code, Section 2:

| A | B | C |
|---|---|---|
| Count No. | Date | Participants |
| 2 | August 10, 2016 | Dexter Bernard Frazier<br>Tonie Harris |
| 3 | August 15, 2016 | Dexter Bernard Frazier<br>Tonie Harris |
| 4 | August 18, 2016 | Dexter Bernard Frazier<br>Clifton Curtis Lee |
| 5 | August 24, 2016 | Dexter Bernard Frazier<br>Clifton Curtis Lee |
| 6 | August 31, 2016 | Dexter Bernard Frazier<br>Clifton Curtis Lee |
| 7 | September 8, 2016 | Dexter Bernard Frazier<br>Tonie Harris |

property or seek a money judgment against said defendant for any amount that would constitute the proceeds of such violation.

A _____TRUE_____ BILL

_____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

GARRETT L. BRADFORD
  *Assistant United States Attorney*
Georgia Bar No. 074374

JILL E. STEINBERG
  *Assistant United States Attorney*
Georgia Bar No. 502042

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4