U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

OCT 28 2020

James N. Hatten, Clerk
By: _____
Deputy Clerk

Division: Atlanta
(USAO: 2018R00894)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. 1:20-cr-415 |
| | UNDER SEAL |
| | MAGISTRATE CASE NO. |

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: October 28, 2020 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
ROBERT ELLIOT SHEPPARD

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?     Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?     Yes   X No

Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney: Garrett L. Bradford
Defense Attorney:

FILED IN OPEN COURT
U.S.D.C. Atlanta

## CRIMINAL CHARGES FILED

OCT 28 2020

James N. Hatten, Clerk
By: _signature_
Deputy Clerk

Today's Date: October 23, 2020
USAO #: 2018R00894
Caption: US v Sheppard
Court Number: 1 20-CR-415

Date Charges Filed: October 28, 2020
Under Seal? Yes
PSN Case: No
SEGAN #:

Charge Type: Indictment
District/Magistrate Judge:

Felony

### Defendant Information:

| ROBERT ELLIOT SHEPPARD | Praecipe |
|---|---|
| Charge: | Count: |
| 21§846 | 1-7 |
| Charge: | Count: |
| 21§843(b) | 2-7 |
| Charge: | Count: |
| 18§2 | 2-7 |

### Victim Information:

**Does this matter have victims?** No

**Prepared By:** Mirtha Ponce, Legal Assistant for Tammy Johnson
**Attorney:** Garrett L. Bradford, Assistant U.S. Attorney

[IF OCDETF Case= Yes Then
REMINDER: *Forward copy of indictment and this form to OCDETF Assistant*